# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**VICTOR PUIG**,

    Plaintiff,

v.                                        Case No. 2:23-cv-856-JES-NPM

**SAZERAC COMPANY, INC.**,

    Defendant.

## ORDER

Before the court are joint motions for the entry of protective orders. (Docs. 47 and 48). Attached to the motions are proposed and stipulated protective orders. (Docs. 47-1 and 48-1). But one stipulation is a confidentiality agreement, and the other is an ESI protocol.

It is the judges' policy in this division to allow the parties to reach their own agreements regarding the handling of documents that may be designated "confidential." The court need not endorse a confidentiality agreement or an ESI protocol, and the court discourages unnecessary stipulated motions for protective orders. (*See* Fed. R. Civ. P. 29(b); Doc. 3 at 4-5). However, the court will enforce reasonable and appropriate provisions of stipulated and signed discovery agreements. (Doc. 3 at 4-5). Accordingly, the joint motions for protective orders (Docs. 47 and 48) are **DENIED**.

- 2 -

**ORDERED** on January 23, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge