UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR PUIG, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                        Case No: 2:23-cv-856-JES-NPM

SAZERAC COMPANY, INC.,

    Defendant.

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #63) filed on September 2, 2025. The parties have agreed to the dismissal of this case in its entirety without conditions. A case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of September 2025.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record